NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAI STRATEGIC HOLDINGS, INC.,**
*Plaintiff*

**R.J. REYNOLDS VAPOR COMPANY,**
*Plaintiff/Counterclaim Defendant-Appellant*

v.

**ALTRIA CLIENT SERVICES LLC, PHILIP MORRIS USA, INC.,**
*Defendants*

**PHILIP MORRIS PRODUCTS S.A.,**
*Defendant/Counterclaim Plaintiff-Cross-Appellant*

---

2023-1892

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:20-cv-00393-LMB-WEF, Judge Leonie M. Brinkema.

---

**O R D E R**

The parties having so agreed, it is ordered that:

2    RAI STRATEGIC HOLDINGS, INC. V. ALTRIA CLIENT SERVICES
LLC

(1) The proceeding is DISMISSED under Fed. R. App.
P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

February 5, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** February 5, 2024